FILED: January 31, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1123
(2:19-cv-00005-JPJ-PMS)

_____

MELINDA SCOTT

       Plaintiff - Appellant

v.

JOSHUA MOON; BRIAN ZAIGER

       Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Big Stone Gap |
|---|---|
| Originating Case Number | 2:19-cv-00005-JPJ-PMS |
| Date notice of appeal filed in originating court: | 01/30/2019 |
| Appellant(s) | Melinda Scott |
| Appellate Case Number | 19-1123 |
| Case Manager | Jennifer Rice<br>804-916-2702 |