FILED: July 24, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1123
(2:19-cv-00005-JPJ-PMS)
_____

MELINDA SCOTT

    Plaintiff - Appellant

v.

JOSHUA MOON; BRIAN ZAIGER

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered July 2, 2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*