# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 27, 2019

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

        Re:  Melinda Scott
             v. Joshua Moon, et al.
             No. 19-5720
             (Your No. 19-1123)

Dear Clerk:

        The petition for a writ of certiorari in the above entitled case was filed on
August 1, 2019 and placed on the docket August 27, 2019 as No. 19-5720.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Michael Duggan
                        Case Analyst